UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARREL ARTHUR BRAUN            CIVIL ACTION

VERSUS

STEVE LEE, ET AL.            NO.: 18-00019-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 3)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). The *pro se* Plaintiff, an inmate confined at the Eastern Louisiana Mental Health System ("ELMHS"), Jackson, Louisiana, filed this proceeding against Defendants, Steve Lee, United States Federal Government, Government of Louisiana, and Jeff Landry challenging his confinement in the ELMHS based upon an Order of Commitment issued by the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana. (*Id.*). The Magistrate Judge recommended that this matter be transferred to the Eastern District of Louisiana for further proceedings. (Doc. 3 at p. 3). The Magistrate Judge further recommended that any determination regarding Petitioner's entitlement to proceed *in forma pauperis* be deferred to the transferee court for disposition. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report

and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Plaintiff filed a timely Objection. (Doc. 4). Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 3)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this matter be **TRANSFERRED** to the Eastern District of Louisiana for further proceedings.

**IT IS FURTHER ORDERED** that any determination regarding Petitioner's entitlement to proceed *in forma pauperis* be deferred to the transferee court for disposition.

Baton Rouge, Louisiana, this 21st day of April, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**